CROSNER LEGAL, P.C.
Zachary Crosner, WSBA #61644
zach@crosnerlegal.com
Jamie Serb, WSBA #62065
jamie@crosnerlegal.com
Victoria Ainsworth, WSBA#49677
tori@crosnerlegal.com
92 Lenora St., Ste. 179
Seattle, WA 98121
Tel: 866-276-7637

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KANDICE MAYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PAYROLL SERVICES, INC., a Delaware Corporation; THE BOYD GROUP (U.S.) INC, a Delaware Corporation; TIMOTHY O'DAY, an individual and their marital community; JEFF MURRAY, an individual and their marital community and DOES 1-20, inclusive,<br><br>Defendants. | No.  3:25-cv-05564<br><br>**PLAINTIFF'S MOTION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL**<br><br>*Note on Motion Calendar: 9/15/2025* |

Pursuant to FRCP 41(a)(2), Plaintiff Kandic Mayer, by and through her attorneys, Jamie K. Serb and Zachary M. Crosner of Crosner Legal, P.C., hereby dismisses all claims against all Defendants without prejudice and without an award of costs or attorney fees to either party.

DATED this 15th day of September, 2025.

CROSNER LEGAL, P.C.

 */s/ Jamie K. Serb*
Jamie K. Serb, WSBA 62065

PLAINTIFF'S MOTION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL
No. 3:25-cv-05564

Page 1

CROSNER LEGAL, P.C.
92 Lenora Street, #179
Seattle, WA 98121
Tel. (866) 276-7637
Fac. (310) 510-6429

Zachary M. Crosner, WSBA 61644
Victoria E. Ainsworth, WSBA 49677
92 Lenora Street, #179
Seattle, WA 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429
jamie@crosnerlegal.com
zach@crosnerlegal.com
Attorneys for Plaintiff

## **ORDER**

Based on the above, the Court hereby ORDERS that this action against all Defendants is dismissed without prejudice and without an award of fees or costs to any party.

DATED this ____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE
S. KATE VAUGHAN

Presented by:

CROSNER LEGAL, P.C.

 _/s/ Jamie K. Serb_____
Jamie K. Serb, WSBA 62065
Zachary M. Crosner, WSBA 61644
Victoria E. Ainsworth, WSBA 49677
92 Lenora Street, #179
Seattle, WA 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429
jamie@crosnerlegal.com
zach@crosnerlegal.com
Attorneys for Plaintiff

PLAINTIFF'S MOTION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL
No. 3:25-cv-05564

Page 2

CROSNER LEGAL, P.C.
92 Lenora Street, #179
Seattle, WA 98121
Tel. (866) 276-7637
Fac. (310) 510-6429

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I caused to be electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

- **Victoria Ainsworth**
  tainsworth@crosnerlegal.com,tuy@corrcronin.com,vardui@crosnerlegal.com
- **Zachary Crosner**
  zach@crosnerlegal.com,mhouchin@crosnerlegal.com,craig@crosnerlegal.com,agutierrez@crosnerlegal.com,allison@crosnerlegal.com,maria@crosnerlegal.com,mathew@crosnerlegal.com,jessica@crosnerlegal.com,vardui@crosnerlegal.com
- **Breanne Sheetz Martell**
  bsmartell@littler.com,littler-docketing-8545@ecf.pacerpro.com,kfiumano@littler.com,cpsaunders@littler.com
- **Brian Heyun Gyu Rho**
  brho@littler.com,kangelikis@littler.com,kfiumano@littler.com
- **Jamie K Serb**
  jamie@crosnerlegal.com,zach@crosnerlegal.com,agutierrez@crosnerlegal.com,mathew@crosnerlegal.com,vardui@crosnerlegal.com

Dated this 15th day of September, 2025.

/s/ *Jamie K. Serb*
Jamie K. Serb, WSBA 62065
Zachary M. Crosner, WSBA 61644
CROSNER LEGAL, P.C.
92 Lenora Street, # 179
Seattle, Washington 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429
jamie@crosnerlegal.com
zach@crosnerlegal.com
Attorneys for Plaintiff

PLAINTIFF'S MOTION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL
No. 3:25-cv-05564

Page 3

CROSNER LEGAL, P.C.
92 Lenora Street, #179
Seattle, WA 98121
Tel. (866) 276-7637
Fac. (310) 510-6429