THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KANDICE MAYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PAYROLL SERVICES, INC., a Delaware Corporation; THE BOYD GROUP (U.S.) INC., a Delaware Corporation; TIMOTHY O'DAY, an individual and their marital community; JEFF MURRAY, an individual and their martial community and DOES 1-20, inclusive,<br><br>Defendants. | No. C25-5564-SKV<br><br><br>STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kandice Mayer ("Plaintiff") and Defendants Gerber Payroll Services, Inc. and The Boyd Group (U.S.) Inc. (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate that this action shall be dismissed without prejudice and without an award of costs or attorney fees to either party.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 24th day of September, 2025.

| | |
|---|---|
| CROSNER LEGAL, P.C.<br><br>By: _____/s/ Victoria E. Ainsworth_____<br>Jamie K. Serb, WSBA No. 62065<br>Zachary M. Crosner, WSBA No. 61644 | LITTLER MENDELSON, P.C.<br><br>By: _____/s/ Breanne Sheetz Martell_____<br>Breanne Sheetz Martell, WSBA No. 39632<br>Brian Rho, WSBA No. 51209 |

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP PROCEDURE 41(a)(1)(A)(ii)
No. C25-5564-SKV

Page 1

CROSNER LEGAL, P.C.
92 Lenora Street, #179
Seattle, WA 98121
Tel. (866) 276-7637
Fac. (310) 510-6429

| | |
|---|---|
| Victoria E. Ainsworth, WSBA No. 49677<br>92 Lenora Street, #179<br>Seattle, WA 98121<br>Telephone: (866) 276- 7637<br>Facsimile: (310) 510- 6429<br>jamie@crosnerlegal.com<br>zach@crosnerlegal.com<br>tainsworth@crosnerlegal.com<br><br>*Attorneys for Plaintiffs* | One Union Square<br>600 University Street, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-3300<br>Facsimile: (206) 447-6965<br>bsmartell@littler.com<br>brho@littler.com<br><br>*Attorneys for Defendants Gerber Payroll Services, Inc. and The Boyd Group (U.S.) Inc.* |

# ORDER

Pursuant to the Stipulation for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation") jointly filed by all parties who have appeared in this action, and the Court being otherwise fully advised, NOW, THEREFORE, IT IS HEREBY ORDERED:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' Stipulation, this action is DISMISSED without prejudice and without an award of costs or attorney fees to any party. All deadlines and hearings in this action are VACATED.

IT IS SO ORDERED.

DATED this 25th day of September, 2025.

_____
S. KATE VAUGHAN
United States Magistrate Judge

Jointly Presented By:

CROSNER LEGAL, P.C.

 */s/   Victoria E. Ainsworth*
Jamie K. Serb, WSBA No. 62065

STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP PROCEDURE 41(a)(1)(A)(ii)
No. C25-5564-SKV

Page 2

CROSNER LEGAL, P.C.
92 Lenora Street, #179
Seattle, WA 98121
Tel. (866) 276-7637
Fac. (310) 510-6429

| | |
|---|---|
| 1 | Zachary M. Crosner, WSBA No. 61644 |
| | Victoria E. Ainsworth, WSBA No. 49677 |
| 2 | 92 Lenora Street, #179 |
| | Seattle, WA  98121 |
| 3 | Telephone:  (866) 276-7637 |
| | Facsimile:  (310) 510-6429 |
| 4 | jamie@crosnerlegal.com |
| | zach@crosnerlegal.com |
| 5 | tainsworth@crosnerlegal.com |
| | *Attorneys for Plaintiff* |

LITTLER MENDELSON, P.C.

    */s/ Breanne Sheetz Martell*
Breanne Sheetz Martell, WSBA No. 39632
Brian Rho, WSBA No. 51209
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-3300
Facsimile: (206) 447-6965
bsmartell@littler.com
brho@littler.com
*Attorneys for Defendants Gerber Payroll Services, Inc. and The Boyd Group (U.S.) Inc.*

STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP PROCEDURE 41(a)(1)(A)(ii)
No. C25-5564-SKV

Page 3

CROSNER LEGAL, P.C.
92 Lenora Street, #179
Seattle, WA 98121
Tel. (866) 276-7637
Fac. (310) 510-6429